# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA
### FORT LAUDERDALE DIVISION

**Civil Action No: 0:25-cv-61924-DMM, 0:25-61935-DMM**

R.R.,
     Plaintiff,

v.

MOTEL 6 OPERATING L.P.,
and G6 HOSPITALITY PROPERTY LLC,

     Defendants.


R.R.,
     Plaintiff,

v.

G6 HOSPITALITY PROPERTY LLC,

     Defendant.

## PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE FINANCIAL AFFIDAVITS UNDER SEAL

Plaintiff, R.R., by and through undersigned counsel, and pursuant to Local Rule 5.4, respectfully moves this Court for the entry of an Order permitting the filing of the financial affidavits of Plaintiff's counsel and firm under seal, and in support thereof states as follows:

1. Plaintiff seeks to file financial affidavits in connection with her Response and Objection to Defendant's Fee Application.

1

2. The financial affidavits contain sensitive financial information, including income, assets, liabilities, and other confidential financial data pertaining to Plaintiff's counsel and Victim's Voice, LLC.

3. Public disclosure of this information would compromise the privacy and security of Plaintiff's counsel and expose such information to misuse, including identity theft.

4. There is good cause to permit filing under seal because the need to protect sensitive financial information outweighs the public's interest in access to these specific documents.

5. Pursuant to Federal Rule of Civil Procedure 5.2, certain personal and financial information must be protected from public disclosure through appropriate redaction. Plaintiff submits that the financial affidavits at issue cannot be adequately protected through redaction alone and therefore satisfy the standard for filing under seal pursuant to Local Rule 5.4.

6. Plaintiff's request to seal is narrowly tailored to only those documents containing confidential financial information, and no less restrictive alternative is sufficient to adequately protect counsel's privacy interests.

7. For these reasons, Plaintiff respectfully requests that the Court grant this Motion and permit Plaintiff to file and maintain counsel and Victim's Voice, LLC's confidential financial affidavits under seal.

8. Defendants do not oppose this request.

WHEREFORE, Plaintiff respectfully requests that this Court enter an Order granting leave to file Plaintiff's counsel's and the firm's financial affidavits under seal, and for such other and further relief as the Court deems just and proper.

## LOCAL RULE 7.1 CERTIFICATION

I hereby certify that prior to the filing of this Motion, counsel for Plaintiff conferred with counsel for Defendants regarding this Motion to Seal and counsel for Defendants confirmed that Defendants do not oppose the granting of this motion.

Dated: April 28, 2026.

Respectfully submitted,

/s/ *Anthony Chiarello*
Anthony Chiarello, Esq.
Florida Bar No. 73760
Victim's Voice, LLC
**Attorneys for Plaintiff**
100 N. Federal Hwy, 4th
Fort Lauderdale, FL 33301
Telephone: (754) 355 4700
Facsimile: (954) 994-0040
Primary email: anthony@victimsvoice.law
Secondary email: serita@victimsvoice.law

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 28, 2026, I electronically filed the foregoing document   with the Clerk of the Court using CMF/ECF, I also certify that the foregoing document is being served on all counsel of record via transmission Notice of Electronic Filing generated by CM/ECF.

By:  /s/ *Anthony Chiarello*
Anthony Chiarello, Esq.
Florida Bar No. 73760

3