**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 25-61924-CV-MIDDLEBROOKS

R.R.,

      Plaintiff,

v.

MOTEL 6 OPERATING L.P., and
G6 HOSPITALITY PROPERTY LLC,

      Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE is before the Court upon Defendants' Motion to Dismiss (DE 66). The Motion was referred to Magistrate Judge Ryon M. McCabe. (DE 74). On June 17, 2026, Judge McCabe entered a Report and Recommendation ("Report") (DE 108), recommending that the motion be denied. Defendants filed objections to the Report on June 30, 2026. (DE 116). No response to the objections has yet been filed, but I do not find a response to be necessary.

I have conducted a de novo review of the Report, the Objections and the record as a whole. While I still have concerns about the plausibility of the Amended Complaint (DE 55), I find that Judge McCabe's Report is well-reasoned, that his conclusions are correct, and that the case should proceed. Accordingly, for the reasons explained in the Report, I will deny Defendants' motion to dismiss.  Therefore, it is **ORDERED** that:

1) Defendants' Objections (DE 116) to the Report are **OVERRULED**.

2) Judge McCabe's Report (DE 108) is **ADOPTED**.

3)  Defendants' Motion to Dismiss (DE 66) is **DENIED**.

**SIGNED** in Chambers at West Palm Beach, Florida, this 1st day of July, 2026.

Donald M. Middlebrooks
United States District Judge

Copies to: Counsel of Record